UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SAMUEL ILORI, ) | CASE NO. 4:08 CV 2736 |
| ) | |
| Petitioner, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | |
| ) | JUDGMENT ENTRY |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed as pursuant to 28 U.S.C. § 2243. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                   */s/Dan Aaron Polster 2/26/09*
                                                   DAN AARON POLSTER
                                                   UNITED STATES DISTRICT JUDGE